UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEE SWANSON,<br><br>Defendant. | Case No. 09-cr-00475-SI-1<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 22, 30 |

On May 20, 2016, defendant filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255. On May 24, 2016, the Court issued an order directing the government to respond within 21 days to defendant's motion by stating whether the government would oppose the motion, and if so to set forth an agreed-upon briefing schedule. The government missed this deadline.

On July 6, 2016, the parties filed a stipulation proposing a new briefing schedule under which the government's opposition would be due August 3, 2016. The Court approved the stipulation and adopted the proposed briefing schedule. The government neither filed an opposition on August 3, 2016 nor sought an extension of that deadline. On September 19, 2016, defendant filed a motion for summary judgment regarding the government's failure to file a response to the section 2255 motion

**The government is hereby ORDERED TO SHOW CAUSE in writing no later than September 26, 2016, why the pending section 2255 motion should not be granted. The government shall also explain why it has repeatedly failed to meet the deadlines in this case.**

**IT IS SO ORDERED**.

Dated: September 20, 2016

_____
SUSAN ILLSTON
United States District Judge