UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 09-cr-00475-SI-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE AND DENYING AS MOOT DEFENDANT'S MOTION TO ALTER JUDGMENT** |
| ROBERT LEE SWANSON, | |
| Defendant. | Re: Dkt. Nos. 30, 32, 34 |

On September 26, 2016, the government filed a response to this Court's Order to Show Cause. The same day, the government filed an opposition to defendant's pending motion to vacate his sentence pursuant to 28 U.S.C. § 2255. The government has apologized for its repeated failures to meet deadlines in this case and states that in an effort to mitigate the prejudice that government counsel's neglect has created, the government is not asking for a stay in this case.

In light of the government's response, the Court finds it appropriate to resolve this matter on the merits. The Court orders as follows: (1) defendant may file a reply by October 21, 2016, and (2) defendant's motion to alter judgment, which was predicated on the government's failure to oppose the § 2255 motion, is DENIED AS MOOT. After the briefing on the § 2255 motion is complete, the Court will schedule a hearing on the matter if the Court deems it necessary.

**IT IS SO ORDERED**.

Dated: October 6, 2016

SUSAN ILLSTON
United States District Judge