UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT LEE SWANSON,<br><br>  Defendant. | Case No.  09-cr-00475-SI-1<br><br>Case No. 16-cv-02743-SI<br><br>**JUDGMENT** |

  The Court has denied defendant's motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.  Judgment is hereby entered in favor of plaintiff and against defendant.

  **IT IS SO ORDERED**.

Dated: February 13, 2017

_____
SUSAN ILLSTON
United States District Judge